and good morning everyone welcome can you hear me yes your honor yes wonderful all right that's great then we'll start with our first case this morning and that is Schneider National Leasing versus the United States mr. Fitzgerald your first thank you and may it please the court Matt Fitzgerald on behalf of Schneider this case presents two pure legal questions about the scope of the statutory safe harbor from the federal excise tax on new heavy truck tractors first the statute says that a truck is not manufactured and thus there is no tax quote if the cost of repairs and modifications does not exceed 75% of the retail price of a comparable new article now the statute on its face envisions that you can repair a wrecked truck you can even change the transportation function of a truck but so long as those modifications fall below 75% by price there is no manufacturing and there is no tax now it's notable especially that the statute sets this percentage at 75 which is a lot so on its face it seems to imagine that someone could if we imagine a truck was composed of say a thousand parts of roughly equal price you could replace 750 maybe of those parts scrap them replace them with new parts and drive on without ever paying the tax a second time on that truck now the government's contrary view is oriented around the idea that it really matters this intuitive idea of what is too much modification and thus it really becomes manufacturing but the statute answers that with the 75% mathematical number and in fact where is the dividing line between the intuitive modifying something old and what is really manufacturing something new is an age-old philosophical question everyone will have a different answer presumably every IRS agent would have a different answer the ancient Greeks have a philosophical paradox about it that asks when you have a new ship as you replace parts of a ship and there is no good answer the statute here cuts through all of that by providing a 75% mark that everyone can look to clearly now the government's contrary view also is in conflict with that percentage because if we embrace the idea that an IRS agent might say well these changes are too much this is not modification anymore this is really manufacturing if that 75% mark then it conflicts with the 75% mark so if it's at 60% or 55% or 70% the statute provides that up to 75% may be replaced without manufacturing and without the tax now on the second issue the 75% comparator is quote the retail price of a comparable new article and properly viewed the retail price is a reference to the open market retail price not the unique price that was paid or that would have been paid by any individual unique taxpayer before you go any further with the second of the questions of statutory interpretation here the first one it seems to me needs a little bit more amplification on what the statute means when it refers to repairs or modifications because that's that's the trigger for the 75% calculus right it this is in the nature of a definition of what constitutes manufacturing for purposes of the tax yes and and this safe harbor refers to repairs or modifications not counting as manufacturer if the repairs or modifications do not exceed the 75% threshold so we need to know what is meant in the context of this statutory scheme because context is key to statutory interpretation so we need to know what is meant by repair or manufacture in this context so perhaps you could address that certainly your honor so the term repair or modification these are very broad terms and together with the fact that the statute envisions a single article it starts with an article and then it refers to the article what those terms really just mean is alterations to that single truck modify has a broad definition it means to alter and so as long as you're what we have here is a truck an old truck where the tax was originally paid and we brought it in and then we made alterations to it using the glider kit actually what you did can more accurately be called stripping and scrapping rather than altering and the question is whether stripping and scrapping constitutes a modification within the meaning of this statutory scheme yes it does your honor absolutely because what virtually any refurbishing of an old and worn truck is going to involve taking off parts maybe a lot of parts scrapping those parts replacing them with new parts and then going on and so really the key is that's not what happened here though it is a matter that's not what happened here it is your honor and I think maybe there's some distraction at least I see it as a distraction by the fact that the new parts for the truck arrived in the form of a glider kit so a glider is nothing but a collection of truck parts and the only reason I think everyone or at least the government here sees the glider as the soul of a truck and I think that's sort of the basis of this question too but the glider is just a collection of parts it arrives together in one piece because it's easier to ship that way than in crates but there isn't any difference really between a glider and ten large crates full of parts so we bring in the old truck we work on the truck we take it all apart we save the transmission the driveshaft the rear axles the rear suspension the fifth wheel which is the thing that the trailer hooks to often the fuel tank this is a lot of big guts that are underneath of a truck we use the glider parts we combine that and what we end up with is a refurbished truck and the government's point legitimately is well at some point that becomes manufacturing actually what you just described sounds more like manufacturing than modification well and in some instances it exceeds the 75% that the statute provides a 75% question out of it I'm trying to get at the threshold question about what is a modification as distinct from manufacture well your honor I think a modification as distinct from manufacture is anything that involves starting with a single existing truck and making changes to that truck that would be modification but that's not what you're doing you're not making changes to that truck you're destroying it and creating something new and this is aside from the metaphysical question that the Greeks were interested in mr. Fitzgerald couldn't the couldn't a company under the modif under the parenthetical take a standard rig that that's used for standard over road transport at the end of its useful life and altogether meet remanufacture it to perform an entirely different function to carry over overloads heavy loads extra wide loads we know that that can by the terms of the parenthetical right yes your honor okay yes and if the rig that was modified was literally at the end of its useful life wouldn't it be fair at least at a colloquial level to say you manufactured a new truck here well yes and I think it's allowed it's allowed under the safe harbor but a lot of people could look at that scenario and say you basically manufactured a new truck yes your honor and I think that's what the government is trying to do here but the problem is the percentage what did you spend on that refurbishment is the key distinction between it isn't what do we what do we feel like looks and smells like a new truck I mean it may be that it's probably true that in any instance where you're replacing the cab and the frame rails it's gonna look like a new truck and it may feel like a new truck but it is respectfully your honor back to this metaphysical question what is the modification of something old even the substantial modification of something old where is the line between that and the manufacturer of something new and the statute solves it with that 75% so I agree your honor so on the 75% it is 75% of the retail price of a comparable new article and the retail price starts with the ordinary plain meaning of that term we would not say that a company who bypasses the regular distribution channels who goes straight to the manufacturer and makes a custom order for a thousand new trucks at a cost of millions of dollars has paid quote the retail price for those trucks and Schneider has not paid the retail price here yet the statute uses that term the retail price for good reason it's good to have an objective number that both the government and private industry can look to ahead of time say what is the open market price okay here's the truck blue book and conform their behavior accordingly and so it makes sense that the statute does that I'd like to reserve some time for rebuttal if I may there no further questions thank you thank you mr. Rennie good morning your honors in this case the parties agreed at section 4052 F safe harbor can apply where repairs and modifications are made to a single mr. mr. Ray let me interrupt you because I I think let me ask you about this language in the statute there's a lot of talk about manufacturing of a new truck but who cares under the statute because the it says an article described in section 4051 a shall not be treated as manufactured so what is shall not be treated means doesn't it mean who cares if it's manufactured because it shall not be treated as if it was manufactured if repairs or modifications if the cost of repairs or modifications does not exceed 75% of the retail price of a comparable new article so does that language shall not be treated does that mean anything in the statute that we would agree that it does accept something that would otherwise be treated as manufactured or what is that what is that something what's the exception you said it would accept it would it would accept something that otherwise is manufactured how do we determine what is that something do we just leave it up to the individual IRS agent in the particular case to determine whether or not that something should be exempted I don't think so I don't think you have to do that here our point is that there has to be a continuously existing single article article has a definition under the statute and highway vehicle designed to tow a trailer what if that what if that what if it was wrecked or yes a wrecked article can qualify in certain circumstances but what circumstances if it doesn't cost 75% or more than a comparable new vehicle right right but again we would suggest that there does have to be in a continuously existing article something that's identifiable at beginning and end of the process now the statute treats articles and components differently components if there were used and reduce your tax base but it doesn't wipe away your tax liability completely like the safe does in factual findings in this case that are not challenged on appeal the district court found that the existing articles here were destroyed and the only significant components that were reused in building the new glider tractors were the transmissions in rear axles two components are not the same thing as an article under the statute so the safe harbor doesn't apply but what what if the truck was wrecked I guess I'm trying to distinguish between because wrecked you know I think of a wrecked article I think of a truck going down I 65 it slides on the ice it rolls into the ditch and it rolls over and well hits totally unrecognizable okay and they tow it out of there on a put it on a on a tow truck and tow it out of there and they totally rebuild it I would think that there you would have identifiable components that existed at the beginning or the end but why is that not a single existing article just like if you took a truck and rebuilt it with one of these glider kits and who cares if it's a glider kit by the way if it's just what if the parts all just came in one crate and then they were just reassembled what what difference does it make sure that that's not necessarily determined we agree with that I think what say that again I couldn't hear you we agree with that okay it's a glider kit or separate box of parts or what happened but we would submit that it doesn't really regardless of the scenario if it's change in function if it's wrecked if it's repair to extend the useful life what you need to what we submit would be the way to view this is to look to see the things that make it a self-propelled highway vehicle the essence of it is preserved and we think the best guidance on that is going back to when the IRS administratively adopted the safe harbor there were these two technical advice memoranda that were issued shortly thereafter but prior to its codification in one instance the IRS the safe harbor did not apply in the second instance it did in that first case the taxpayer combined a glider kit with other new parts and salvage parts from two separate trucks in that case the safe harbor did not apply in the salvage parts that were commingled where the engine transmission and tandem axles in the second case the taxpayer combined glider kits with the engines transmissions and axles of particular tractor without intermingling such that they were essentially the same vehicles that's what we think the safe harbor was all about this is what it was in 1997 Congress codified it we don't think there's any reason to believe Congress intended to change it or intended for it operate any differently in these circumstances mr. Rennie what do you think what's your best your best answer to whether you think Congress what Congress intended vis-a-vis revenue ruling 9127 I think Congress approved of revenue ruling 9127 this is there's no reason to believe that they thought there was some issue with it yes they did expand the idea to the concept into these two other previously existing concepts of manufacturing but there's no reason to think that Congress intended anything differently in terms of how revenue ruling 9127 operate and the expansion and in part by picking up the rect component in the parenthetical yes so in light of the parenthetical and the rect in modified allowance how would how would you define what constitutes a repair or a modification where do you draw the line in in other words if you take what take the hypothetical judge Kirsch is asking you about with a rect or take my standard load to a wide load rig and anything like that you can come up with probably 25 more examples like that where do you draw the line principally we would suggest that it's not necessary to define repairs or modifications in this particular case it would be helpful to have a dictionary definition you're using because our point is that it was originally conceived to extend the useful life of an existing vehicle that's what the universe we would be talking about here the way they're interpreting it you could almost replace a vehicle as long as you have one at the beginning and one at the end but replace isn't the same thing as repairing but going back to your broader question about how this operates in these three separate instances we think the principle is this essentially the same as what I was discussing earlier in these technical advice memoranda looking at the things that make it a self-propelled highway vehicle and essentially the powertrain is what are the major components that do that see what's what's what's odd to me about your position or what what I find difficult is a safe harbor by its terms is intended to provide territory within the code that a taxpayer can stand on with some certainty and when you say well you know I I can tell you how it works here but all these cases are going to be different and we got a look at it I really can't give you a definition of odds with in in my view what Congress is intending with the safe harbor and in the tax code to take statutory language and just say well we I don't I can't tell you what it means you got to put a fact pattern in front of me that's when you're on we would accept their definition of alterations to a vehicle for these purposes our point is that in this case we think it falls outside of that because you're not retaining the things that make it a self-propelled vehicle but I would also point out what you would be in your view in the in the situation where you have a rig that is that is wrecked as a result of a head-on collision and the repair you know if he stipulated meets a 75% test the repair includes the use of a power glider kit and a new cab in that situation you'd say well that you know that fits within the statute but and it the thing was remade entirely it was involved in a head-on collision we would suggest that it it depends on what was retained is there enough of a parenthetical even in the face of the parenthetical if somebody said I look I meet it it was wrecked I'll show you the pictures I'll give you the police reports I'll give you everything and in this in the Commissioner agrees that the 75% test is met you would take the position that the article somehow supersedes Congress's express reference to restoring a wrecked a wrecked vehicle our position is that the statute still requires an article as defined in section section 4051 article isn't a few components so if you're just taking a few components off of the wrecked article no no in my example it's the the tractor is wrecked it got in a head-on collision on interstate 80 and it's been repaired and it cost 73% of the retail price to repair it safe harbor no safe harbor it depends on what was retained isn't that the problem though it depends by who so you've got an IRS agent that's going to come out and make that determination the safe harbor is no safe harbor at all because you you've basically taken the IRS has said the 75% doesn't mean anything because in I individual IRS agent can say well I've determined unilaterally that this is not the same article it was before so whether it's under 75% or not makes no difference to me because this particular component is too important to replace in a wrecked vehicle your honor we think that this statute came about to aid in situations like the ruin financial case where this was really a question of the scale of repairs that were going on are three manufacturing breaking things down to their component parts putting them back together it didn't does not contemplate this type of scenario where you really are just stripping a few components away kit can I issued it I know you're almost out of time here but I want to ask you another question on a different subject the end of the statute says if the cost of such repairs and modifications does not exceed 75% of the retail price of a comparable new article does the word cost and the phrase retail price mean the same thing and if it does why didn't Congress use the same term why didn't they use cost of such repairs if it's not 75% of the cost of a comparable new article or why didn't they say if the retail price of such component repairs and modifications does not exceed 75% of the retail price it seems like they use different terms and don't we have to give some purpose to that that is true your honor I think that is a reflection of the fact that price is used elsewhere in the statute and there are definitions as to how that is adjusted and how that ties back into the first sale and I believe that's what that reflects a cost is used to parallel the fact that you're talking about cost repairs so that's what I would submit it at all it seems like cost means what you pay retail price means what is charged and I think of retail price the thing that comes to mind is manufacturers suggested retail price when I think of cost it's what is it going to cost me out-of-pocket discount or no discount okay we would submit here though that retail has a specific meaning and that what this statute is contemplating is the exact same analysis as what Schneider undertook in this case which was to compare what they were going to pay to refurbish so-called refurbishment process versus what they would pay for the new tractors in comparison which is what can I can I ask you it's a it's a pretty detailed question so excuse me but I want to take advantage of your expertise here how does 4052 be and the statutory provision that that speaks to the determination of price in your judgment inform the meaning of retail price as it's used in f1 or does it not we think that it means the same thing throughout the statute it essentially means a sale to an end-user which is what it's contemplated 4052 a1 in the definition of first retail sale and then these other provisions essentially all piggyback on that and I know that the Schneider has an argument that essentially we are saying at first retails that retail price or retail always means the same refers to first retail sale that's not our part you see I I reacted to your brief I thought you might be right on that okay but when I tried to trace it through okay in other words do a find on the word retail and then see if your proposition holds true where I get stuck is in b12 because retail there seems to contemplate you know sales in the ordinary course of trade that's the way Congress seems to using the term there and that that throws me off your premise which I otherwise find quite attractive put put differently it seems that Congress is using retail in a lot of places as an adjective right and the adjective is describing terms you know nouns whose meaning is going to differ I'm sorry I'm not at arm's length the sales not at arm's length I don't mean to hold you up on this I I'm just not sure that you can you can trace retail through as you propose and hold its meaning constant our point is that we we think that is possible we do submit that this is essentially is point of this is to build back to an arm's-length first retail sale to an end-user right which is not going to contemplate a group of volume discount it could though there's nothing here that accepts a volume discount where we see that Congress knew how to accept that type of thing if they all right thank you all right thank you very much mr. Fitzgerald thank you your honor just just a few points so I I heard the government say that they it was willing to accept our definition of an alteration the idea that a modification is an alteration but that where they get hung up is two components are not equal to an article and there must be a continuously existing article the problem with that is it conflicts with the statute because if the two components they're pointing to the transmission and the rear axle actually we saved a few more than that significant ones including the drive train that connects the two and makes the truck go but if two if two components aren't enough with three or four or five be enough and that's the question that gets back to what we're discussing it three or four or five are going to be easily at least in our case within the 75% that the statute sets there is a continuously existing article every every truck that comes in it is going to be taken apart even if you're going to replace if you're going to replace 50% of it or 74% of it or 95% of it it's it is a truck it's going to come apart it's going to look like a teardown many pieces are going to be scrapped new pieces are going to be added and the truck is going to go on and again these are old worn-out trucks on which the tax has originally been paid when they were new we are doing what the government said that this provision is looking for which is extending the life in this instance of a worn-out truck that's exactly what we're doing that's what these are finally ultimately yes retail throughout the statute in almost all of its uses means the ordinary everyday meaning of what we think of as retail particularly is like retail price it brings up the idea of an open market and the general market did what judge Scudder brought up earlier about b2 it's true that that phrase the price for which similar articles are sold at retail in the ordinary course of trade is bringing that price to the ordinary open market and the retail price in f2 means essentially the same thing if there are no further questions I respectfully ask the court to reverse and remand and I'll see the rest of my time all right thank